IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICKEY C. MORRIS                                                    PLAINTIFF

        v.                          Civil No. 05-2033

RUTH ANN HOWELL, Jail
Administrator; BRANDON REYNOLDS,
Jailer; and TODD RUSSELL, Jailer                                   DEFENDANTS

## O R D E R

On January 13, 2006, defendants filed a summary judgment motion (Doc. 38). To assist

plaintiff in responding to the summary judgment motions, the undersigned is propounding a

questionnaire. The court will consider plaintiff's response to the questionnaire in issuing a report

and recommendation on the summary judgment motion.

For this reason, Rickey C. Morris is hereby directed to complete, sign, and return the

attached response to defendants' summary judgment motions on or before **February 15, 2006**.

**Plaintiff's failure to respond within the required period of time may subject this matter to**

**dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 17th day of January 2006.

                                        /s/ Beverly Stites Jones
                                        UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICKEY C. MORRIS                                                                                       PLAINTIFF

     v.                                    Civil No. 05-2033

RUTH ANN HOWELL, Jail
Administrator; BRANDON REYNOLDS,
Jailer; and TODD RUSSELL, Jailer                                                          DEFENDANTS

## RESPONSE TO SUMMARY JUDGMENT MOTION

TO:  RICKEY C. MORRIS

     These questions and answers will serve as your response to defendants' motion for

summary judgment.  You may use additional sheets of paper in responding to these questions.

You must file this response by **February 15, 2006.**

     1.  On December 17, 2003, a parole violation report was prepared by the Arkansas

Department of Community Correction.  It was recommended that your parole be revoked.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 1.

_____

_____

_____

_____

     2.  A warrant was issued for your arrest on November 5, 2004.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 2.

_____

_____

_____

_____

    3.  You were arrested on December 31, 2004, and booked into the Johnson County

Detention Center (JCDC).

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

    4.  You remained incarcerated at the JCDC until March 9, 2005, when you were

transported to the Arkansas Department of Correction (ADC).

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

    5.  On December 31, 2004, you were taken to the Johnson Regional Medical Center

by JCDC personnel for treatment for an abscess on your arm.  You were given an antibiotic

for the infection.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibits 1 and 3.

_____

_____

_____

_____

     6.   On January 1, 2005, you were taken back to the Johnson Regional Medical Center to have your arm rechecked.  Your other medical problems were noted by emergency room personnel and your dressing was replaced.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3.

_____

_____

_____

_____

     7.  On January 2, 2005, you were taken back to the Johnson Regional Medical Center to have your arm rechecked.  Your dressing was changed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3.

_____

_____

_____

_____

8.  On January 2, 2005, your check book, cell phone, and cash ($20.75) were released to Bridget Dunn.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

9. On January 3, 2005, Brandon Snider heard someone yell from B cell and went to check on it.  You complained of having chest pain and were sweating profusely.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 incident report dated January 3, 2005.

_____

_____

_____

_____

10.   Snider gave you three squirts of nitro, a hydro pill, and crackers and juice.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 incident report dated January 3, 2005.

_____

_____

_____

_____

11.   You felt much better after Snider gave you the medication and snack.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 incident

report dated January 3, 2005.

_____

_____

_____

_____

12.   You were taken to Johnson Regional Medical Center on January 3, 2005, to have

your arm rechecked.  Your dressing was replaced.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3.

_____

_____

_____

_____

13.  Did your visit to the hospital occur before or after you had chest pains?

Answer:

_____

_____

_____

14.  On January 4, 2005, you were given notice of a parole violation action involving

a violation that occurred on December 17, 2003.  You were arrested on charges of possession

of a firearm by certain persons, the manufacture, delivery, or possession of a controlled

substance, and association with a known felon.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

15.   On January 4, 2005, a warrant was issued for your arrest based on the parole

violation.  The warrant was served on you at the JCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

16. On January 5, 2005, you were taken to the Johnson Regional Medical Center to

have your arm rechecked.  Your dressing was changed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3.

_____

_____

_____

_____

17.  On January 5, 2005, you signed a patient understandings form.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

18.  On January 5, 2005, the doctor gave orders that you were to receive a mid-

morning and mid-afternoon snack while incarcerated.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

19.  You received the mid-morning and mid-afternoon snack in accordance with the

doctor's orders.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

    20.   The doctor prescribed Levaquin and the medication was to be started as soon as possible.  You were to be re-checked in thirty-six hours.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.   In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

    21.   The Levaquin was obtained and you were started on it that same day.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.

_____

_____

_____

_____

    22.   On January 6, 2005, you were taken back to the Johnson Regional Medical Center.  Your arm was checked and your dressing changed.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.   In explaining, please refer to defendants' exhibit 3.

_____

_____

_____

_____

23.   You completed a visitation log on January 6, 2005, and listed Bridget Dunn,

Linda Davis, David Dunn, Lawrence Davis, and Davian Marchison as visitors you were to

receive.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

24.   On January 7, 2005, a blood sugar level device was purchased from Rose Drug

for you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

25.  On January 8, 2005, you were taken back to the Johnson Regional Medical

Center to have your arm rechecked.  Your dressing was changed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3.

_____

_____

_____

_____

26.  On January 10, 2005, you were taken back to the Johnson Regional Medical Center to have your arm rechecked.  The dressing was changed and instructions were given that it should be rechecked in forty-eight hours.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3.

_____

_____

_____

_____

27.  On January 12, 2005, you were taken to the Johnson Regional Medical Center to have your arm re-checked.  You were seen by a doctor who discussed the abscess and how it was healing.  The dressing was replaced.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 3.

_____

_____

_____

28(A).  On January 15, 2005, you were seen at the emergency room.  It was noted you had a healing abscess on your right bicep.  Instructions were given that it should be rechecked in three days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

(B).  You did not complain to emergency room personnel about not receiving your prescribed medications.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer the court to any notations in the hospital's records.

_____

_____

_____

_____

(C).  You submitted no grievances complaining about not receiving your prescribed medication.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   If you have copies of the grievances, please attach them to

this response.  If they have been submitted to the court as an exhibit, please indicate

what exhibit number and what document the exhibit was attached to.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

   29.  On January 19, 2005, you complained that you had been taken to the hospital by

Officer Castleman who was informed you were to have snacks between meals and at

bedtime.  You stated you had not been receiving your snacks.

   Agree_____ Disagree_____Without knowledge to agree or disagree_____.

   If you disagree, explain.   In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

30.  On January 21, 2005, you received the following medication brought to you at the JCDC by your sister:  1 bottle glipizide; 1 bottle clopidogrel; 1 bottle metoprolol tartrate; 1 bottle isosorbide; 1 bottle ranitidine; 1 bottle methocarbanol; 1 bottle diltiazem; and 1 bottle lisinopril.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer defendants' exhibit 1.

_____

_____

_____

_____

31.  On February 8, 2005, you were given notice that your parole revocation hearing would be held on February 11, 2005, at the JCDC at 10:00 a.m.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

32.  On February 10, 2005, you sister brought you a large print search and find, envelopes, shampoo, deodorant, cigarettes, glucose meter, legal pads, pencils, alcohol swabs, and postage stamps.  The items were received by the jailer and placed in the property room.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

33.   On February 11, 2005, at the conclusion of the parole revocation hearing, you were found to have violated the terms of your parole and ordered returned to the ADC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

34.   On February 12, 2005, you submitted a request to Judge Bradley that your misdemeanor charges run concurrent with your felony sentence.  Your request was approved.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

35.   On February 16, 2005, Ruth Ann Howell contacted the ADC via phone regarding your health care and approval was given by the ADC for you to be taken to the doctor so refills of your prescription medications could be obtained.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

36.   On February 17, 2005, you were treated at the Clarksville Medical Group so that your medications could be refilled.  You were given medications for CAD, Type 2 Diabetes, and chronic neck pain.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibits 1 & 2.

_____

_____

_____

_____

37.   The doctor noted that the medications were needed while you were incarcerated at the JCDC and that when you were transferred to the ADC it would assume responsibility for your medications.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

38.  Your medications were ordered and you were to test your blood sugar twice daily.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibits 1 and 2.

_____

_____

_____

_____

39.   On February 17, 2005, you submitted a grievance about not being able to smoke.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

40.   On February 22, 2005, medication was purchased for you from Bobby Teeter's

Drug Store in the amount of $271.46.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

41.  On February 22, 2005, Ruth Ann Howell called Susan Gately at Clarksville Medical Group for a prescription refill.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

42.  On February 24, 2005, you received shoes and a picture of your sister from Linda Davis.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please defendants' exhibit 1.

_____

_____

_____

_____

43.  On March 1, 2005, $64.00 was spent by Johnson County for medical care for you at the Clarksville Medical Group.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

44.   On March 4, 2005, needles were purchased for you from Bobby Teeter's Drug

Store.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

45.   On March 9, 2005, you were released to the ADC by Sonny Smith.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

46.   Upon intake, the ADC noted you had been received with meds.  The LPN noted

the list of thirteen medications and instructions for each.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4.

_____

_____

_____

47.  On March 17, 2005, an information was filed charging you with possession of drug paraphernalia, possession of firearms by certain persons, and habitual offender status.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

48.  Inmate medication logs show that you received glipizide, lisinopril, diltiazem, amitriptyline, cephalexin, insulin, ranitidine, albuterol, absorbase, simvastarin, isosorbide, hydrocodone, levaquin, and metoprolol while incarcerated at the JCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

49.  Prior to your incarceration at the JCDC, were you taking prescription medications on a daily basis?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) what the medications were; (b) who had prescribed the medications; (c) what medical condition the medications were for; and (d) how

long you had been taking each medication.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If you answered no, please explain why you had not been taking medication if you believe your medical condition required it.

_____

_____

_____

_____


_____

_____

_____

_____

50.  When you were booked into the JCDC, did you bring your prescription

medications with you?

Answer:  Yes _____ No _____.

If you answered yes, please state if you received the medications on the prescribed

basis.  If you did not receive the medications, please state what happened to them.

_____

_____

_____

_____

_____

_____

_____

If you answered no, please state if you had someone bring your medications to the

JCDC.  Please indicate who brought the medications to the JCDC and when.

_____

_____

_____

_____

     51.  The JCDC medication log indicates you began receiving prescription medication on January 1, 2005.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.   In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

     52.  The medication logs submitted as part of defendants' exhibit 1 contain an accurate record of the prescription medications you received while at the JCDC.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.   In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

     53.  You were able to monitor your blood sugar level while at the JCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

   54.  All orders regarding your medical treatment given by the medical personnel at the

hospital or the clinic were carried out by personnel at the JCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

55.  All decisions regarding your medical treatment were made by medical personnel.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

56.  You alleged in your complaint that you were not able to check your blood sugar

level frequently enough.  Please state:  (a) how you checked your blood sugar level before

your incarceration; (b) how frequently you checked it before your incarceration; (c) how you

checked it while you were incarcerated; (d) how frequently you checked it while incarcerated;

(e) state the longest period of time you went without being able to check your blood sugar

level; and (f) whether you suffered any health problems as a result of not being able to test

your blood sugar level more frequently.  If you did suffer health problems as a result, please

explain.

    Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     57.  In your complaint you alleged there were periods of time when your medications

ran out or you did not receive your medications.  Please state:  (a) what medication you did

not receive; (b) how often you did not receive it; (c) what was the longest period of time you

went without your medication; and (d) whether you suffered any health problems as a result.

If you did suffer health problems as a result, please explain.

     Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

58. In your complaint you allege you did not receive your snacks at the right time. After the doctor gave orders for you to have the snacks, please state: (a) how often you did not get your snack; (b) whether the snack was merely given to you at a different time or if you did not get it at all; and (c) whether you suffered any health problems as a result of not getting your snacks at the right time. If you did suffer health problems as a result, please explain.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

59.  Do you contend Brandon Reynolds exhibited deliberate indifference to your

serious medical needs?

Answer:  Yes _____ No _____.

If you answered yes, please explain in detail how he exhibited deliberate indifference

to your serious medical needs.  Be specific.  Provide the court with dates and describe the

actions or inactions of Reynolds.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    60.  Do you contend Todd Russell exhibited deliberate indifference to your serious

medical needs?

    Answer:  Yes _____ No _____.

    If you answered yes, please explain in detail how he exhibited deliberate indifference

to your serious medical needs.  Be specific.  Provide the court with dates and describe the

actions or inactions of Russell.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

61.  Do you contend Ruth Ann Howell exhibited deliberate indifference to your serious medical needs?

Answer:  Yes _____ No _____.

If you answered yes, please explain in detail how she exhibited deliberate indifference to your serious medical needs.  Be specific.  Provide the court with dates and describe the actions or inactions of Howell.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Detail below any further response you would like to make to defendants' summary judgment motion.  If you have any exhibits you would like the court to consider, you may attach them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS _____ DAY OF _____ 2006.

_____
RICKEY C. MORRIS